**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

March 23, 2021

<u>VIA ECF</u>
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United State Courthouse
40 Foley Square, Room 2101
New York, New York 10007

RE:   *United States v. Alex Harris*
<u>1:21</u>-CR-<u>00126-JPO</u>

Honorable Oetken;

I, Dawn M. Florio, attorney at law, represent Alex Harris on the above case matter. I am requesting that Alex Harris be allowed to travel to the Northern District to visit his family in Ulster County.

I have spoken to AUSA Kevin Mead and Pretrial Service Officer Dominique Jackson they take no position.

I am requesting that this application be acknowledged and considered.

Granted
So ordered.
 3/25/2021

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

_____
J. PAUL OETKEN
United States District Judge